

**Alicia Racanelli, CSR**
Official Court Reporter
201st Judicial District Court
Room 327
1000 Guadalupe Street
Austin, Texas  78701

Phone:  (512) 854-4028
Fax:  (512) 854-2268

January 15, 2015

Mr. Jeffrey D. Kyle, Clerk
Third Court of Appeals
P. O. Box 12547
Austin, Texas 78711

Re:     Court of Appeals No. 03-14-00721-CV
        Trial Court Cause No. D-1-GN-13-001195
        *Raul Martinez vs. Deutsche Bank National Trust Company as Trustee for Amiquest
        Mortgage securities, Inc., et al.*

Dear Mr. Kyle:

I received your letter dated January 13, 2015, addressed to LaDelle Abilez and myself regarding an overdue record in the above-referenced matter.

The hearing was held in the 200th District Court, not in our court, which is the 201st District Court.

Please contact me if you have any further questions at alicia.racanelli@co.travis.tx.us.

                    Warmest regards,

                     /s/ *Alicia Racanelli*

                    Alicia Racanelli
                    Official Court Reporter
                    201st District Court